**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| WESLEY COCHRAN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Case No.: 19 CV 1005 EFM TJJ |
| | ) | |
| BLACK JACK TIRE SUPPLIES, INC. | ) | |
| and JIM PARKER d/b/a BLACK JACK | ) | |
| TIRE SUPPLIES, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This Order is effective as of the date and time shown on the electronic file stamp. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), all parties herein, by and through the undersigned counsel, stipulate that all claims and defenses asserted in this action should be and are hereby dismissed with prejudice, with the parties to bearing their own costs.

WHEREUPON, the Court is advised that the parties have reached a settlement of all claims that were or could have been asserted by the parties arising out of the facts and circumstances of the above-captioned case. Pursuant to the agreement of the parties, which shall be fully executed by the parties no later than 30 days from the date of this file stamped Stipulation of Dismissal, it is respectfully requested that all claims that were or could have been asserted by the parties in this action be dismissed with prejudice to future filing.

IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED, AND DECREED that the above-captioned action and all claims that were or could have been asserted by the parties in such action are hereby dismissed with prejudice to future filing.

KLENDA AUSTERMAN LLC

 /s/ *Michelle L. Brenwald*
Michelle L. Brenwald, #19287
301 N. Main, Ste. 1600
Wichita, KS  67202-4816
Telephone: 316-267-0331
Facsimile:  316-267-0333
mbrenwald@klendalaw.com
*Attorneys for Plaintiff*

CASE LINDEN P.C.

 /s/ Trevor M. Bond
Trevor M. Bond, #27809
Kevin D. Case, #14570
2600 Grand Blvd., Suite 300
Kansas City, MO  64108
Telephone: 816-979-1500
Facsimile:  816-979-1501
trevor.bond@caselinden.com
kevin.case@caselinden.com
*Attorneys for Defendants*